UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DOUGLAS WHISNANT, | ) |
|       Petitioner, | ) |
| v. | ) Nos.: 3:16-CV-181-TAV |
| | )          3:07-CR-032-TAV-HBG-1 |
| UNITED STATES OF AMERICA, | ) |
|       Respondent. | ) |

### **MEMORANDUM AND ORDER**

On October 7, 2011, federal prisoner Douglas Whisnant ("Petitioner") filed his first motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 relating to the judgment entered by this Court on March 25, 2009 [Doc. 45].[1] On November 20, 2014, the Court denied that motion, finding that the undisputed record conclusively precluded the requested collateral relief [Docs. 111 and 112]. The matter is now before the Court upon Petitioner filing a second § 2255 motion attacking the same sentence [Doc. 120].

Under the "Antiterrorism and Effective Death Penalty Act of 1996," Petitioner cannot file a second or successive § 2255 petition in this Court unless the United States Court of Appeals for the Sixth Circuit enters an order authorizing this Court to consider the motion. 28 U.S.C. § 2255(h). No such order has been received by this Court. Accordingly, the Clerk is **DIRECTED** to **TRANSFER** this action to the United States Court of Appeals for the Sixth Circuit pursuant

---

[1] Each document will be identified by the Court File Number assigned to it in the underlying criminal case.

to 28 U.S.C. § 1631 and **CLOSE** civil case no. 3:16-cv-181.  *See Sims v. Terbush*, 111 F.3d 45, 47 (6th Cir. 1997).

    **IT IS SO ORDERED.**

                        s/ Thomas A. Varlan
                        CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:16-cv-00181-TAV     Document 2     Filed 04/20/16     Page 2 of 2     PageID #: 14